NUMBER 13-05-268-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

THE STATE OF TEXAS,                                             Appellant,

 

                                           v.

 

DOUGLAS C. WRIGHT

A/K/A C. DOUGLAS
WRIGHT                                      Appellee.

 

 

 

             On appeal from the County
Court at Law No. 3

                           of Cameron
County, Texas

 

 

 

           CONCURRING MEMORANDUM OPINION

 

                       Before Justices Yañez, Castillo,
and Garza

                Concurring Memorandum Opinion by Justice Castillo

 








Respectfully, I agree
with the majority that the State has not shown that its appeal is authorized
under the plain language of article 44.01. 
Tex. Code Crim. Proc. Ann.
art 44.01 (Vernon Supp. 2004-05). 
Because it is error to focus on the merits of a State's appeal in
determining whether it is statutorily authorized, I concur with the decision to
dismiss.  See State v.
Gutierrez, 129 S.W.3d 113, 115 (Tex. Crim. App. 2004).  However, because my review is limited to the
jurisdictional question, I express no opinion on the reviewability of an
acquittal.  

 

ERRLINDA CASTILLO

Justice

Do
not publish.

Tex. R. App. P. 47.2(b)

 

Concurring
Memorandum Opinion delivered 

and
filed this 3rd day of January,  2006.